[No. 7,234.—Department Two.]
January 6, 1881.

# ELVIRA MORGAN *v.* J. M. MILLER.

SALE OF CATTLE—DELIVERY AND CHANGE OF POSSESSION—FRAUD AS TO
CREDITORS.—H., having cattle running at large with those of D., his ten-
ant, sold them to the plaintiff, and the cattle were driven up into a cor-
ral, where H. said to the plaintiff, " Here are your cows that you bought;"
thereupon the plaintiff requested B. to take care of the cattle, and pas-
ture them for her, and B. agreeing to do so, the cattle were turned back
into the pasture.

*Held,* that there was an immediate delivery and actual change of possession,
and that the sale was not void as to creditors.

APPEAL from a judgment for the plaintiff in the First Dis-
trict Court in and for the County of Ventura, FAWCETT, J.;
and from an order denying a new trial in the Superior Court
of said county. HINES, J.

*S. A. Sheppard,* for Appellants.

*Williams & Williams,* for Respondent.

THORNTON, J.:

This action was brought to recover damages for an unlaw-
ful conversion of plaintiff's cattle. On the trial, the jury re-
turned a verdict for the plaintiff. Defendants moved for a
new trial, which was denied, and they appealed from the
judgment and the order denying a new trial. Appellants
urge that they are entitled to a new trial, on the ground that
the verdict is not sustained by the evidence.

It appears from the testimony that the plaintiff purchased
the cattle sued for from one Higgins. The defendant, Miller,
was Sheriff of the County of Ventura, and, as such Sheriff,
levied upon the cattle in controversy by virtue of a writ of
execution issued upon a judgment recovered against Higgins
by Daly and Rogers, in the District Court for Ventura
County. It is contended on behalf of appellants that the
evidence shows that the sale to the plaintiff was void as to
Daly and Rogers, for the reason that it was not accompanied
by an immediate delivery, and followed by an actual and con-
tinued change of possession—that, therefore, the verdict is.

not sustained by the evidence, and it should be set aside and a new trial granted.   We have examined the testimony, and are of opinion that it sustains the verdict, and that there was no error in the ruling of the court below.

Judgment and order affirmed.

SHARPSTEIN and MYRICK, JJ., concurred.